UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 2:16-mj-13-01 |
| ) | |
| MARK MCGINNIS, ) | |
|     Defendant. ) | |

### MOTION TO SEAL GOVERNMENT'S EX PARTE MOTION TO REVOKE DEFENDANT'S RELEASE ORDER

The United States of America hereby requests that the Court seal the pending Motion to Revoke Defendant's Release Order, the docket entries relating thereto, as well as this motion and related orders and arrest warrant. Sealing is necessary to avoid alerting the defendant that he is subject to arrest, thereby increasing officer safety, and decreasing risk of flight. Upon the defendant's arrest, these materials may be unsealed.

Dated at Burlington, in the District of Vermont, this 5th day of February, 2016.

Respectfully submitted,

UNITED STATES OF AMERICA

ERIC S. MILLER
United States Attorney

By: MICHAEL P. DRESCHER
Assistant U.S. Attorney
11 Elmwood Ave., PO Box 570
Burlington, VT 05401
(802) 951-6725
michael.drescher@usdoj.gov