```
                                                    U.S. DISTRICT COURT
                                                    DISTRICT OF VERMONT
                                                          FILED
```

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF VERMONT | 2016 JUL 18  AM 9: 45<br><br>CLERK<br>BY\_\_\_LAW\_\_\_\_\_<br>DEPUTY CLERK |

UNITED STATES OF AMERICA,

v.   Docket No. 2:16-CR-16

MARK E. MCGINNIS,
    Defendant.

## NOTICE OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the court endorsed hereon, the United States Attorney for the District of Vermont hereby dismisses the Indictment against Defendant Mark McGinnis, without prejudice, in the above-captioned case. The substance of the charge in the pending indictment has been alleged by the grand jury in a superseding indictment filed in criminal case number 2:16-CR-19.

Dated at Burlington, in the District of Vermont, July 14, 2016.

                                                  Respectfully submitted,

                                                  UNITED STATES OF AMERICA

                                                  ERIC S. MILLER<br>                                                  United States Attorney

By:    */s/ Michael P. Drescher*
           Michael P. Drescher
           Assistant U.S. Attorney
           P.O. Box 570
           Burlington, VT 05402-0570
           (802) 951-6725
           Michael.Drescher@usdoj.gov

Leave of the Court is granted for the filing of the foregoing dismissal and the Indictment is hereby dismissed.

7/18/16
DATE

CHRISTINA REISS
Chief, United States District Judge